1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10 RICHARD DENNIS ANDERSON,
11        Petitioner,              No. CIV 08-2692 KJM P
12    vs.
13 WARDEN MARTELL,
14        Respondent.              ORDER
15 _____/
16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17 habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma
18 pauperis.  This court will not rule on petitioner's request to proceed in forma pauperis.
19        The application attacks a conviction issued by the San Francisco Superior Court.
20 While both this Court and the United States District Court in the district where petitioner was
21 convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any
22 and all witnesses and evidence necessary for the resolution of petitioner's application are more
23 readily available in San Francisco County, which is located in the Northern District of
24 California.  Id. at 499 n.15; 28 U.S.C. § 2241(d).
25 ////
26 ////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on petitioner's request to proceed in forma pauperis; and

3  2. This matter is transferred to the United States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: January 16, 2009.

_____
U.S. MAGISTRATE JUDGE

ande2692.108