IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RICKARD D. ANDERSON,

No. C 09-00356 SBA (PR)

**ORDER OF DISMISSAL**

/

Petitioner Rickard D. Anderson has filed a document entitled "Petition for a Writ of Habeas Corpus." Petitioner has also filed an application to proceed in forma pauperis (IFP). In the petition form he writes nonsensical phrases with no clear relationship to each other.

Nowhere does Petitioner assert identifiable federal claims or make coherent factual allegations that could give rise to valid habeas corpus or civil rights claims. Nor does he allege the exhaustion of State remedies, which is a prerequisite to filing a federal habeas corpus action. 28 U.S.C. § 2254(b). In addition, Petitioner has filed well over one hundred complaints in this Court since 2003, all of which have been unintelligible. It is difficult to ascertain from Petitioner's complaints who he is seeking relief from or what relief he is seeking. These filings serve no reasonable litigation purpose, and they impose an unreasonable burden on the Court and its staff. Furthermore, based on Petitioner's past history of failing to respond to this Court's orders to amend unintelligible complaints, the Court finds that granting Petitioner leave to amend would be futile.

1  Accordingly, the instant action is DISMISSED WITHOUT PREJUDICE.  Petitioner's IFP
2 application is GRANTED.  The Court has rendered its final decision on this matter; therefore, this
3 Order TERMINATES Petitioner's case.  The Clerk of the Court shall terminate all pending motions
4 and close the file.
5  IT IS SO ORDERED.
6 DATED: 3/13/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.09\Anderson0356.dismiss.wpd        2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

6  ANDERSON et al,                                    Case Number: CV09-00356 SBA
7           Plaintiff,                                **CERTIFICATE OF SERVICE**
8       v.
9  AYERS et al,
10          Defendant.
                                              /

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13
14  That on March 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
15  in the Clerk's office.

17
18  Rickard Dennis Anderson F-11871
    Mule Creek State Prison
    P.O. Box 409040
19  4001 State Highway 104
    Ione, CA 95640

20  Dated: March 16, 2009
21                                              Richard W. Wieking, Clerk
                                                By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.09\Anderson0356.dismiss.wpd        3